BTK:dmc
F. #2025R00312

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 20 2025 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

MICHAEL FAZIO,

          Defendant.

------------------------------X

NOTICE OF MOTION

Criminal Docket No. ____-____(___)

**CR25 206
CHOUDHURY, J.**

TISCIONE, M.J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant MICHAEL FAZIO's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
          June 20, 2025

                                JOSEPH NOCELLA, JR.
                                United States Attorney
                                Eastern District of New York
                                610 Federal Plaza
                                Central Islip, NY 11722

                           By: /s/ *Bradley J. King*
                                Bradley T. King
                                Assistant United States Attorney
                                (631) 715-7875

Cc:    Clerk of the Court
       Dennis Lemke